UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FERNANDO ENRIQUEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> SWEET CLOVER PRODUCE, LLC, a Washington limited liability company; SWEET CLOVER DISTRIBUTING, LLC, a Washington limited liability company; MARK GROTZ, an individual; JIM GROTZ; an individual; DIRECTOR OF THE WASHINGTON STATE DEPARTMENT OF AGRICULTURE; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; and WESTERN SURETY COMPANY, a South Dakota corporation. <br><br> Defendants. | NO. 1:15-cv-03130-SAB <br><br> **ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 85. The parties inform the Court that this matter has settled and thereby stipulate that this case should be dismissed with prejudice and without attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court grants the motion.

**ORDER DISMISSING CASE** ~ 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal, ECF No. 85, is **GRANTED**.

2. The above-captioned case **DISMISSED with prejudice** and without an award of costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close this file.

**DATED** this 16th day of March 2018.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2